United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert J Donmoyer, Jr.  
Felisha Donmoyer  
    Debtors

Case No. 21-00143-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Apr 06, 2021     Form ID: ntnoshow     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Donmoyer, Jr., Felisha Donmoyer, 43 Stonehill Park, Annville, PA 17003-1222 |
| 5386776 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5386782 | | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5386788 | ++ | HALSTED FINANCIAL SERVICES LLC, PO BOX 828, SKOKIE IL 60076-0828 address filed with court:, Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076 |
| 5386792 | + | Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5386793 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386801 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5386804 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5386805 | + | Stonehill Park, 519 West Main Street, Annville, PA 17003-1234 |
| 5386812 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5386814 | + | Weltman, Weinberg & Reis Co, 170 South Independency Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2021 19:05:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386779 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2021 19:06:00 | COMENITY - Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 5386777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2021 19:21:21 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5386778 | + | Email/Text: mediamanagers@clientservices.com | Apr 06 2021 19:06:00 | Client Services, Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 5386780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2021 19:06:00 | Comenity - Christopher & Banks, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5386781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2021 19:06:00 | Comenitycapital/Big Lot, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5386783 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2021 19:03:30 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 5386784 | + | Email/Text: mrdiscen@discover.com | Apr 06 2021 19:06:00 | Discover Bank, Attn Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5386785 | + | Email/Text: mrdiscen@discover.com | Apr 06 2021 19:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386787 | + | Email/Text: Banko@frontlineas.com | Apr 06 2021 19:07:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Suite 250, Saint Paul, MN 55113-1783 |
| 5386788 | | Email/Text: reports@halstedfinancial.com | Apr 06 2021 19:06:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5386789 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2021 19:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5386791 | | Email/Text: camanagement@mtb.com | Apr 06 2021 19:06:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5386797 | + | Email/PDF: cbp@onemainfinancial.com | Apr 06 2021 19:05:33 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5386798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2021 19:03:34 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5386800 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2021 19:03:34 | Portfolio Recovery Asso, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5386802 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2021 19:03:37 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5386803 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:21 | Sam's Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386806 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:21 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386807 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:21 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5387140 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:04:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386808 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:21 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5386809 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:04:25 | Synchrony Bank / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386810 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:20 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386811 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:03:21 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5386813 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2021 19:04:25 | Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5386786 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386790 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5386794 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386795 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386796 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| R Scot Feeman | on behalf of Debtor 2 Felisha Donmoyer rsfeeman@feemanlaw.com |
| R Scot Feeman | on behalf of Debtor 1 Robert J Donmoyer  Jr. rsfeeman@feemanlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2020-MH1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert J Donmoyer Jr., **Debtor 1** | Chapter 7 |
| Felisha Donmoyer, **Debtor 2** | Case No. 1:21−bk−00143−HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **April 27, 2021** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **April 27, 2021**.

**If no objections are filed by April 27, 2021, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2021 |

ntnoshow (07/18)