# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Robert J Donmoyer, Jr.**
**Felisha Donmoyer**

Debtor

Address: **43 Stonehill Park**
**Annville, PA 17003**

Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s).: **xxx-xx-3575 & xxx-xx-2015**

Case No.: **1:21-bk-00143**
Chapter: **7**

## Objection to Dismissal of Petition

AND NOW, comes the above named Debtors, by and through their counsel, R. Scot Feeman, Esquire, and files this Objection to Dismissal of Petition, the following being a statement thereof:

1. On January 25, 2021, the above named Debtors filed a Chapter 7 bankruptcy petitions with this Court.

2. A Meeting of Creditors was scheduled for March 22, 2021 at 8:30 a.m. by telephone conference before Trustee Leon P. Haller, Esquire.

3. On March 18, 2021, Counsel for the Debtors' was advised that a criminal case that he was attached too was selected for trial during the week of March 22, 2021, with jury selection to commence that morning.

4. On March 19, 2021, Counsel's office filed a continuance request citing his unavailability for the Meeting of Creditors.

5. The Meeting of Creditors was then rescheduled for April 5, 2021 at 8:30 a.m. by telephone conference before Trustee Leon P. Haller, Esquire.

6. Said notification was not listed on Counsel for the Debtors' calendar and notification to the Debtors was not sent from his office to his clients.

7. Do the that oversight, both Counsel for the Debtors and the Debtors themselves were not in attendance for the Trustee's meeting commencing on April 5, 2021 at 8:30 a.m..

8. It would be manifestly unjust to dismiss the Debtors' petition as their non-appearance on April 8th was no fault of their own, but counsel's for not having the meeting scheduled and not providing notice to the Debtors of the stated meeting.

Wherefore, the Debtors, Robert J. Donmoyer, Jr. and Felisha Donmoyer respectfully request that this matter not be dismissed but rather relisted for a Meeting of Creditors before Trustee Leon P. Haller, Esquire.

Date **April 19, 2021**

Signature **/s/ R. Scot Feeman**
Name **R. Scot Feeman 80052 80052 PA**
Address **Feeman Law Offices**
**815 Cumberland Street**
**Suite 200**
**Lebanon, PA 17042**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy