In re:  Case No. 21-00143-HWV
Robert J Donmoyer, Jr.  Chapter 7
Felisha Donmoyer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: May 26, 2021      Form ID: ntnew341      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Donmoyer, Jr., Felisha Donmoyer, 43 Stonehill Park, Annville, PA 17003-1222 |
| 5386776 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5386782 | | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5386792 | + | Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5386801 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5386804 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5386805 | + | Stonehill Park, 519 West Main Street, Annville, PA 17003-1234 |
| 5386812 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5386814 | + | Weltman, Weinberg & Reis Co, 170 South Independency Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 19:04:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386779 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | COMENITY - Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 5386777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 19:04:54 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5386778 | + | Email/Text: mediamanagers@clientservices.com | May 26 2021 18:54:00 | Client Services, Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 5386780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | Comenity - Christopher & Banks, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5386781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5386783 | | Email/PDF: creditonebknotifications@resurgent.com | May 26 2021 19:04:28 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 5386784 | + | Email/Text: mrdiscen@discover.com | May 26 2021 18:54:00 | Discover Bank, Attn Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5386785 | + | Email/Text: mrdiscen@discover.com | May 26 2021 18:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386787 | + | Email/Text: Banko@frontlineas.com | May 26 2021 18:55:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Suite 250, Saint Paul, MN 55113-1783 |
| 5386788 | | Email/Text: reports@halstedfinancial.com | May 26 2021 18:55:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076 |
| 5386789 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5386791 | | Email/Text: camanagement@mtb.com | May 26 2021 18:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5386793 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 18:55:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386797 | + | Email/PDF: cbp@onemainfinancial.com | May 26 2021 19:04:48 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5386798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 19:04:49 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5386800 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 19:04:49 | Portfolio Recovery Asso, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5386802 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 19:04:08 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5386803 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:05 | Sam's Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386806 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386807 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:04 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5387140 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386808 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:04 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5386809 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Synchrony Bank / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386810 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386811 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:05 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5386813 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5386786 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386790 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5386794 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386795 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386796 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| R Scot Feeman | on behalf of Debtor 2 Felisha Donmoyer rsfeeman@feemanlaw.com |
| R Scot Feeman | on behalf of Debtor 1 Robert J Donmoyer  Jr. rsfeeman@feemanlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2020-MH1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| In re: | |
| Robert J Donmoyer Jr., | Chapter 7 |
| **Debtor 1** | |
| | Case No. 1:21−bk−00143−HWV |
| Felisha Donmoyer, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting will be held telephonically, Refer to the call−in instructions | Date: June 28, 2021 |
| | Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 26, 2021 |

ntnew341 (04/18)