United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert J Donmoyer, Jr.  
Felisha Donmoyer  
    Debtors

Case No. 21-00143-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 26, 2021      Form ID: tele341      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Donmoyer, Jr., Felisha Donmoyer, 43 Stonehill Park, Annville, PA 17003-1222 |
| 5386776 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5386782 | | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5386792 | + | Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5386801 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5386804 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5386805 | + | Stonehill Park, 519 West Main Street, Annville, PA 17003-1234 |
| 5386812 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5386814 | + | Weltman, Weinberg & Reis Co, 170 South Independency Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2021 19:04:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386779 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | COMENITY - Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 5386777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 19:04:52 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5386778 | + | Email/Text: mediamanagers@clientservices.com | May 26 2021 18:54:00 | Client Services, Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 5386780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | Comenity - Christopher & Banks, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5386781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 18:55:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5386783 | | Email/PDF: creditonebknotifications@resurgent.com | May 26 2021 19:04:49 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 5386784 | + | Email/Text: mrdiscen@discover.com | May 26 2021 18:54:00 | Discover Bank, Attn Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5386785 | + | Email/Text: mrdiscen@discover.com | May 26 2021 18:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386787 | + | Email/Text: Banko@frontlineas.com | May 26 2021 18:55:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Suite 250, Saint Paul, MN 55113-1783 |
| 5386788 | | Email/Text: reports@halstedfinancial.com | May 26 2021 18:55:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076 |
| 5386789 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2021 18:54:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5386791 | | Email/Text: camanagement@mtb.com | May 26 2021 18:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5386793 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2021 18:55:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386797 | + | Email/PDF: cbp@onemainfinancial.com | May 26 2021 19:04:47 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5386798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 19:04:07 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5386800 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2021 19:04:07 | Portfolio Recovery Asso, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5386802 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 19:04:08 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5386803 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Sam's Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386806 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386807 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:26 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5387140 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386808 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:46 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5386809 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:47 | Synchrony Bank / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386810 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386811 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:26 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5386813 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 19:04:47 | Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5386786 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386790 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5386794 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386795 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386796 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| R Scot Feeman | on behalf of Debtor 2 Felisha Donmoyer rsfeeman@feemanlaw.com |
| R Scot Feeman | on behalf of Debtor 1 Robert J Donmoyer  Jr. rsfeeman@feemanlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2020-MH1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)