United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert J Donmoyer, Jr.  
Felisha Donmoyer  
    Debtors

Case No. 21-00143-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 29, 2021      Form ID: 318      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Donmoyer, Jr., Felisha Donmoyer, 43 Stonehill Park, Annville, PA 17003-1222 |
| 5386776 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5386782 | | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5386792 | + | Midland Credit Management, Inc, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5386801 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5386804 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5386805 | + | Stonehill Park, 519 West Main Street, Annville, PA 17003-1234 |
| 5386812 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5386814 | + | Weltman, Weinberg & Reis Co, 170 South Independency Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 29 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386779 | | EDI: WFNNB.COM | Jun 29 2021 22:53:00 | COMENITY - Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 5386777 | + | EDI: CITICORP.COM | Jun 29 2021 22:53:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5386778 | + | Email/Text: mediamanagers@clientservices.com | Jun 29 2021 18:53:00 | Client Services, Inc, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 5386780 | | EDI: WFNNB.COM | Jun 29 2021 22:53:00 | Comenity - Christopher & Banks, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5386781 | + | EDI: WFNNB.COM | Jun 29 2021 22:53:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5386783 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2021 19:02:43 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 5386784 | + | EDI: DISCOVER.COM | Jun 29 2021 22:53:00 | Discover Bank, Attn Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5386785 | + | EDI: DISCOVER.COM | Jun 29 2021 22:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386787 | + | Email/Text: Banko@frontlineas.com | Jun 29 2021 18:53:00 | Frontline Asset Strategies, 2700 Snelling Ave. N., Suite 250, Saint Paul, MN 55113-1783 |
| 5386788 | | Email/Text: reports@halstedfinancial.com | Jun 29 2021 18:53:27 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076 |
| 5386789 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2021 18:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5386791 | | Email/Text: camanagement@mtb.com Jun 29 2021 18:53:00 | | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5386793 | + | EDI: MID8.COM Jun 29 2021 22:53:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386797 | + | EDI: AGFINANCE.COM Jun 29 2021 22:53:00 | | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5386798 | | EDI: PRA.COM Jun 29 2021 22:53:00 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5386800 | + | EDI: PRA.COM Jun 29 2021 22:53:00 | | Portfolio Recovery Asso, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5386802 | + | Email/PDF: resurgentbknotifications@resurgent.com Jun 30 2021 11:28:07 | | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5386803 | | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Sam's Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386806 | + | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Syncb/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386807 | + | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5387140 | + | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5386808 | | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5386809 | | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Synchrony Bank / Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5386810 | + | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5386811 | + | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5386813 | | EDI: RMSC.COM Jun 29 2021 22:53:00 | | Walmart, P.O. Box 960024, Orlando, FL 32896-0024 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5386786 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5386790 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5386794 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386795 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386796 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5386799 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| R Scot Feeman | on behalf of Debtor 2 Felisha Donmoyer rsfeeman@feemanlaw.com |
| R Scot Feeman | on behalf of Debtor 1 Robert J Donmoyer Jr. rsfeeman@feemanlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Towd Point Mortgage Trust 2020-MH1  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert J Donmoyer Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3575<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Felisha Donmoyer<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2015<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21–bk–00143–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J Donmoyer Jr.   Felisha Donmoyer

**By the court:** *Henry W. Van Eck* (signature)

6/29/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

Case 1:21-bk-00143-HWV   Doc 31   Filed 07/01/21   Entered 07/02/21 00:30:11   Desc
Imaged Certificate of Notice   Page 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**